IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRAD R. KUPFER,<br><br>    Plaintiff,<br><br>v.<br><br>FRED A. MORETON & CO.,<br><br>    Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO DISMISS**<br><br>Case No. 2:16-cv-00347-CW<br><br>Judge Clark Waddoups |

This matter is before the court on a Motion to Dismiss the Tenth and Eleventh Causes of Action of Plaintiff's Complaint filed by defendants Town & Country Holding Co., Inc. and William R. Moreton. (Dkt. No. 4.) A hearing on the motion was held before the Honorable Clark Waddoups on November 9, 2016. Andrew Stavros appeared on behalf of plaintiff and Christopher Snow and Victoria Finlinson appeared on behalf of defendants. After due consideration of the parties' filings and oral arguments, and otherwise being fully advised,

IT IS HEREBY ORDERED, for the reasons stated on the record, that Defendant's Motion to Dismiss (Dkt. No. 4) is **GRANTED**. The Tenth and Eleventh Causes of Action of plaintiff's complaint are dismissed.

SO ORDERED this 10th day of November, 2016.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge